Robie & Matthai
A Professional Corporation
EDITH R. MATTHAI, SBN 66730
CRAIG W. BRUNET, SBN 112366
BERNADINE J. STOLAR, SBN 130458
500 South Grand Avenue, Suite 1500
Los Angeles, California 90071
Telephone: (213) 706-8000
Facsimile: (213) 706-9913
E-Mail: ematthai@romalaw.com
E-Mail: bstolar@romalaw.com
E-Mail: cbrunet@romalaw.com

Attorneys for Defendants HOUSING AUTHORITY OF THE CITY OF LOS ANGELES AND DOUGLAS GUTHRIE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO A. GALINDO and EMMA GULLETTE, on behalf of themselves and all others similarly situated, | CASE NO.: CV12-2449 GW(JCGx) |
| Plaintiffs, | **CLASS ACTION** |
| v. | [PROPOSED] ORDER RE: STIPULATION RE NON-DISCLOSURE OF CONFIDENTIAL AND PROPRIETARY DOCUMENTS |
| HOUSING AUTHORITY OF THE CITY OF LOS ANGELES, a public agency; DOUGLAS GUTHRIE, President and Chief Executive Officer of the Housing Authority of the City of Los Angeles; and DOES 1-10, inclusive, | |
| Defendants. | |

**GOOD CAUSE HAVING BEEN SHOWN**, it is ordered that the terms and conditions of the Stipulation Re Non-Disclosure of Confidential and Proprietary Documents are binding upon all parties, both current and future parties, to this lawsuit, and their counsel, and to all persons identified in the Stipulation.

DATED: 6-20-12

THE HONORABLE GEORGE H. WU JAY C. GANDHI
JUDGE OF THE US DISTRICT COURT

K:\5049\Pleading\PROP.ORD.wpd    1